**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Raphael Battistessa, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Karla Faye Cooper, a/k/a Adeline Black, and Does 1-10, | ) ) | |
| | ) | Case No.  4:11-cv-008 |
| Defendants. | ) | |
| | ) | |

_____

Before the court is Plaintiff's complaint, filed on January 20, 2011.  See Docket No. 1.  Upon review of the complaint, the court has observed that the minor children allegedly involved in this action are identified by name.  Additionally, Exhibit A to the complaint also contains the full names of the minor children.  Id.

Rule 5.2(a) of the Federal Rules of Civil Procedure requires that an electronic or paper filing with the court that contains the name of an individual known to be a minor may include only the minor's initials.  See Fed. R. Civ. P. 5.2(a)(3).  Rule 5.2(e) states that a court, for good cause, may order redaction of additional information.  Furthermore, Rule 5.2(d) states that a court may order that a filing be made under seal without redaction, and may order the person who made the filing to file a redacted version for public record.

A person waives the protections of Rule 5.2 by filing their own personal information without redaction and not under seal. Fed. R. Civ. P. 5.2(h).  The plaintiff in this case has filed the minors' personal information, not his own information.  The protections of Rule 5.2 apply to the minors and the court finds good cause to protect the minors' identity.

Therefore, the court **ORDERS** the following:

1. The Clerk shall seal the complaint filed at Docket No. 1 in this case, and

2. Plaintiffs shall file a properly redacted complaint, identifying the minors by initials only, for the public record.

Dated this 20th day of January, 2011.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge