## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Raphael Battistessa, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Karla Faye Cooper, also known as Adeline Black, an individual, and Does 1 through 10, | ) ) ) | |
| | ) | Case No. 4:11-cv-008 |
| Defendants. | ) | |

On February 1, 2012, the parties filed Stipulation for Dismissal Without Prejudice. The court **ADOPTS** the parties' stipulation (Docket No. 18). The above-entitled action is dismissed without prejudice and without costs to either party.

**IT IS SO ORDERED.**

Dated this 2nd day of February, 2012.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court